No. 84–664.   WILDER ET AL. *v.* MOSSINGHOFF, COMMISSIONER OF PATENTS AND TRADEMARKS, ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 84–666.   ATTORNEY GENERAL OF GUAM ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–698.   SAIZAN *v.* DONOVAN, SECRETARY OF LABOR, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–699.   NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC., ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–702.   OHIO *v.* CAPONI.   Sup. Ct. Ohio.   Certiorari denied.

No. 84–703.   RAINERI *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–713.   DISTRICT LODGE No. 166, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* TWA SERVICES, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–718.   MENDENHALL *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–721.   PAPPALARDI *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 84–730.   GETTY OIL CO. *v.* DEPARTMENT OF ENERGY ET AL.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 84–735.   HOUSE OF PRIME RIB *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 9th Cir.   Certiorari denied.